**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Robert M. Osiecki                                  CHAPTER 13

             Debtor(s)                        BKY. NO. 20-10044 TPA

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

       Kindly enter my appearance on behalf of PNC MORTGAGE, A DIVISION OF PNC BANK, NATIONAL ASSOCIATION and index same on the master mailing list.

                                            Respectfully submitted,

                                            **/s/James C. Warmbrodt, Esquire**
                                            James C. Warmbrodt, Esquire
                                            Attorney I.D. No. 42524
                                            KML Law Group, P.C.
                                            BNY Mellon Independence Center
                                            701 Market Street, Suite 5000
                                            Philadelphia, PA 19106
                                            412-430-3594
                                            jwarmbrodt@kmllawgroup.com