FILED
2/20/20 10:40 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
| | |
|---|---|
| Robert M. Osiecki, ) | |
| *Debtor* ) | Case No. 20-10044-TPA |
| ) | Chapter 13 |
| Robert M. Osiecki, ) | |
| *Movant* ) | Document No. 14 |
| ) | |
| No Respondents ) | |

### ORDER OF COURT

AND NOW, to wit, this 20th day of February, 2020, it is hereby ORDERED, ADJUDGED and DECREED, that the debtor, Robert M. Osiecki is hereby granted an extension until February 28, 2020 to file a completed Chapter 13 petition and plan. No further extensions will be requested.

Since the Court previously indicated that no further extensions would be allowed on the last extension the debtor sought, yet nevertheless, the Debtor seeks yet another extension, and the Court is willing to allow it, provided however, if the filing is not complete as of February 28, 2020, the case will be dismissed without further notice or hearing.

_____
Thomas P. Agresti, Judge    jlm
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Robert M. Osiecki
    Debtor

Case No. 20-10044-TPA
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-1    User: culy    Page 1 of 1    Date Rcvd: Feb 20, 2020
                          Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 22, 2020.
db         +Robert M. Osiecki,    11201 Fry Road,    Edinboro, PA 16412-1071

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                            TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 22, 2020                                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 20, 2020 at the address(es) listed below:
            James Warmbrodt     on behalf of Creditor     PNC Mortgage, A Division of PNC Bank, National
             Association bkgroup@kmllawgroup.com
            Kenneth M. Steinberg     on behalf of Debtor Robert M. Osiecki julie.steidl@steidl-steinberg.com,
             kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com
            Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
            Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
                                                                                                                        TOTAL: 4