IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Robert M. Osiecki, | ) | Case No. 20-10044 TPA |
| | ) | Chapter 13 |
| Social Security No. XXX-XX- 1048 | ) | |
| | ) | |
| *Debtor* | ) | Related to Docket No. 21 |
| | ) | |
| Robert M. Osiecki, | ) | |
| | ) | |
| *Movant* | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Presue Isle Downs & Casino and | ) | |
| Ronda J. Winnecour, Trustee | ) | |
| *Respondents* | | |

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that on March 6, 2020, a true and correct copy of the *Order to Pay Trustee* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Ronda J. Winnecour, Trustee
Suite 3250 – US Steel Tower
600 Grant Street
Pittsburgh, PA 15219

Robert M. Osiecki
11201 Fry Road
Edinboro, PA 16412

Presue Isle Downs & Casino
Attn: Payroll Dept.
600 N. Hurstbourne Pkwy Suite 400
Louisville, KY 40220

Date of Service: March 6, 2020

/s/ Kenneth M. Steinberg
Kenneth M. Steinberg, Esquire
Attorney for the Debtor
STEIDL & STEINBERG
Suite 2830, Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
(412) 391-8000
Kenny.steinberg@steidl-steinberg.com
PA I.D. No. 31244