**Form RSC**

# United States Bankruptcy Court

## WESTERN DISTRICT OF PENNSYLVANIA

**RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

**Case No. 20−10044−TPA**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):
   Robert M. Osiecki
   11201 Fry Road
   Edinboro, PA 16412

Social Security No.:
   xxx−xx−1048

Employer's Tax I.D. No.:

| NAME/ADDRESS OF ATTORNEY FOR DEBTOR | NAME/ADDRESS OF TRUSTEE |
|---|---|
| Kenneth M. Steinberg<br>Steidl & Steinberg<br>Suite 2830 Gulf Tower.<br>707 Grant Street<br>Pittsburgh, PA 15219<br>Telephone number: 412−391−8000 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219<br>Telephone number: 412−471−5566 |
| DATE/TIME/LOCATION OF MEETING OF CREDITORS<br>June 16, 2020<br>01:00 PM<br>Bankruptcy Court Conference Room B110, U.S. Courthouse, 17 South Park Row, Erie, PA 16501 | CONFIRMATION HEARING DATE/TIME/LOC<br>June 16, 2020<br>01:00 PM<br>Bankruptcy Court Conference Room B110, U.S. Courthouse, 17 South Park Row, Erie, PA 16501 |

**MEETING RESCHEDULED DUE TO COVID−19. ALL OTHER DEADLINES FROM PRIOR NOTICE REMAIN THE SAME.**

Dated: 3/26/20

BY THE COURT

Thomas P. Agresti
Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Robert M. Osiecki  
    Debtor

Case No. 20-10044-TPA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1        User: culy        Page 1 of 2        Date Rcvd: Mar 26, 2020  
                      Form ID: rscCOVID    Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 28, 2020.

```
db              +Robert M. Osiecki,    11201 Fry Road,    Edinboro, PA 16412-1071
15187650        +EdFinancial Services,    120 N Seven Oaks Drive,    Knoxville, TN 37922-2359
15187652        +EdFinancial Services,    Attn: Bankruptcy,    Po Box 36008,    Knoxville, TN 37930-6008
15187654        +Erie Federal Credit Union,    3503 Peach St,    Erie, PA 16508-2741
15187655        +Erie Federal Credit Union,    Attn: Bankruptcy,    3503 Peach Street,    Erie, PA 16508-2741
15187656        +First PREMIER Bank,    3820 N Louise Ave,    Sioux Falls, SD 57107-0145
15187657        +First PREMIER Bank,    Attn: Bankruptcy,    Po Box 5524,    Sioux Falls, SD 57117-5524
15187662        +Midland Funding,    320 East Big Beaver,    Troy, MI 48083-1271
15187663        +Midland Funding,    Attn: Bankruptcy,    350 Camino De La Reine  Ste 100,
                 San Diego, CA 92108-3007
15187664        +Northwest Bank,    100 Liberty Street,    Warren, PA 16365-2497
15187667        +PNC Bank,    5001 Peach Street,    Erie, PA 16509-2031
15221909        +PNC Bank, N.A.,    P.O. Box 94982,    Cleveland, OH 44101-4982
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 27 2020 03:50:21      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA   17128-0946
cr              +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 27 2020 03:56:38
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
15187648         E-mail/Text: ebn@americollect.com Mar 27 2020 03:50:59      Americollect,    1851 S Alverno Road,
                 Manitowoc, WI 54221
15187649         E-mail/Text: ebn@americollect.com Mar 27 2020 03:50:59      Americollect,    Po Box 1566,
                 1851 South Alverno Road,    Manitowoc, WI 54221
15187659        +E-mail/Text: GenesisFS@ebn.phinsolutions.com Mar 27 2020 03:51:54      Genesis Bc/Celtic Bank,
                 Attn: Bankruptcy,    Po Box 4477,    Beaverton, OR 97076-4401
15187658        +E-mail/Text: GenesisFS@ebn.phinsolutions.com Mar 27 2020 03:51:55      Genesis Bc/Celtic Bank,
                 Po Box 4499,    Beaverton, OR 97076-4499
15207462         E-mail/PDF: MerrickBKNotifications@Resurgent.com Mar 27 2020 03:57:22      MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
15187661        +E-mail/PDF: MerrickBKNotifications@Resurgent.com Mar 27 2020 03:57:22
                 Merrick Bank/CardWorks,    Attn: Bankruptcy,    Po Box 9201,    Old Bethpage, NY 11804-9001
15187660        +E-mail/PDF: MerrickBKNotifications@Resurgent.com Mar 27 2020 03:57:21
                 Merrick Bank/CardWorks,    Po Box 9201,    Old Bethpage, NY 11804-9001
15217985        +E-mail/Text: bankruptcydpt@mcmcg.com Mar 27 2020 03:50:44      Midland Funding LLC,
                 PO Box 2011,    Warren, MI 48090-2011
15187666        +E-mail/PDF: cbp@onemainfinancial.com Mar 27 2020 03:55:06      OneMain Financial,
                 Attn: Bankruptcy,    Po Box 3251,    Evansville, IN 47731-3251
15187665        +E-mail/PDF: cbp@onemainfinancial.com Mar 27 2020 03:57:12      OneMain Financial,    Po Box 1010,
                 Evansville, IN 47706-1010
15187668         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 27 2020 03:57:41
                 Portfolio Recovery,    120 Corporate Blvd Ste 100,    Norfolk, VA 23502
15187669         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 27 2020 03:55:37
                 Portfolio Recovery,    Attn: Bankruptcy,    120 Corporate Blvd,    Norfold, VA 23502
15215272         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 27 2020 03:57:46
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
15218079        +E-mail/Text: JCAP_BNC_Notices@jcap.com Mar 27 2020 03:51:06      Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
15218680         E-mail/Text: bnc-quantum@quantum3group.com Mar 27 2020 03:50:07
                 Quantum3 Group LLC as agent for,    Genesis FS Card Services Inc,    PO Box 788,
                 Kirkland, WA  98083-0788
15188143        +E-mail/PDF: gecsedi@recoverycorp.com Mar 27 2020 03:56:58      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
15220658         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 27 2020 03:55:57      Verizon,
                 by American InfoSource as agent,    PO Box 4457,    Houston, TX  77210-4457
                                                                                                 TOTAL: 19

           ***** BYPASSED RECIPIENTS  (undeliverable, * duplicate) *****
cr               PNC Mortgage, A Division of PNC Bank, National Ass
15187651*       +EdFinancial Services,    120 N Seven Oaks Drive,    Knoxville, TN 37922-2359
15187653*       +EdFinancial Services,    Attn: Bankruptcy,    Po Box 36008,    Knoxville, TN 37930-6008
                                                                                               TOTALS: 1, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0315-1           User: culy                 Page 2 of 2              Date Rcvd: Mar 26, 2020
                               Form ID: rscCOVID          Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2020                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 26, 2020 at the address(es) listed below:
          James Warmbrodt    on behalf of Creditor   PNC Mortgage, A Division of PNC Bank, National
           Association bkgroup@kmllawgroup.com
          Kenneth M. Steinberg    on behalf of Debtor Robert M. Osiecki julie.steidl@steidl-steinberg.com,
           kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;lesl
           ie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@stei
           dl-steinberg.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                               TOTAL: 4
```