Form 149

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Robert M. Osiecki**
Debtor(s)

Bankruptcy Case No.: 20–10044–TPA
Per June 16, 2020 Proceeding
Chapter: 13
Docket No.: 33 – 18
Concil. Conf.: 8/4/20 at 02:00 PM

**ORDER OF COURT CONFIRMING PLAN AS MODIFIED
AND SETTING DEADLINES FOR CERTAIN ACTIONS**

*(1.) PLAN CONFIRMATION:*

IT IS HEREBY ORDERED that upon consent of the Debtor(s), the Chapter 13 Plan dated February 27, 2020 is CONFIRMED as modified at the Plan confirmation hearing. Terms of the Plan not expressly modified by this Order remain in full force and effect. A copy of this Plan was previously mailed to you. *Only those provisions which are checked below apply to this case:*

- ☐ A. For the remainder of the Plan term, the periodic Plan payment is amended to be $ as of . Debtor(s)' counsel shall file a motion to amend the income attachment order within seven (7) days of the date of this Order.

- ☐ B. The length of the Plan is increased to a total of months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved. The total length of the Plan shall not exceed sixty (60) months.

- ☑ C. Plan confirmation is on an interim basis only as a form of adequate protection. The Trustee is authorized to distribute to secured and priority creditors with percentage fees. *A final plan conciliation conference will be held on 8/4/20 at 02:00 PM, in remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com.* If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

- ☐ D. Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

- ☐ E. The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

- ☐ F. shall be paid monthly payments of $ beginning with the Trustee's distribution and continuing for the duration of the plan term, to be applied by that creditor to it's administrative claim, budget payments and/or security deposit. These payments shall be at the third distribution level.

- ☑ G. The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim: Northwest Bank (Claim No. 1) as long term continuing debt .

- ☑ H. Additional Terms: The secured claim of the following creditor shall govern as to claim amount, to be paid at the modified plan terms: OneMain Financial (Claim No. 2).

*(2.)   IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:*

**A.     Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty−eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty−eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.     Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.     Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021−1(c)(2)*, the Debtor or Debtor's attorney, if represented, shall review the proofs of claim filed and shall file objections to any disputed claims within ninety (90) days after the claims bar date or, for late filed or amended claims, within ninety (90) days after they are filed and served. Absent an objection, the proof of claim will govern as to the classification and amount of the claim. Objections filed after the ninety (90) days specified herein shall be deemed untimely.

**D.     Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.     Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

*(3.)*  **IT IS FURTHER ORDERED THAT:**

**A.** After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.** Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.** Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty−one (21) days prior to the change taking effect.

**D.** Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016−1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.** The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre−confirmation defaults in any subsequent motion to dismiss.

**F.** In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any *secured claim* that is secured by the subject property, unless directed otherwise by further Order of Court.

Dated: June 24, 2020

Thomas P. Agresti, Judge
United States Bankruptcy Court

cc: All Parties in Interest to be served by Clerk in seven (7) days

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 20-10044-TPA
Robert M. Osiecki                                                     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1          User: jmar              Page 1 of 2              Date Rcvd: Jun 24, 2020
                              Form ID: 149            Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 26, 2020.
```
db             +Robert M. Osiecki,    11201 Fry Road,    Edinboro, PA 16412-1071
15187650       +EdFinancial Services,    120 N Seven Oaks Drive,    Knoxville, TN 37922-2359
15187652       +EdFinancial Services,    Attn: Bankruptcy,    Po Box 36008,   Knoxville, TN 37930-6008
15187654       +Erie Federal Credit Union,    3503 Peach St,    Erie, PA 16508-2741
15187655       +Erie Federal Credit Union,    Attn: Bankruptcy,    3503 Peach Street,    Erie, PA 16508-2741
15187656       +First PREMIER Bank,    3820 N Louise Ave,    Sioux Falls, SD 57107-0145
15187657       +First PREMIER Bank,    Attn: Bankruptcy,    Po Box 5524,   Sioux Falls, SD 57117-5524
15187662       +Midland Funding,    320 East Big Beaver,    Troy, MI 48083-1271
15187663       +Midland Funding,    Attn: Bankruptcy,    350 Camino De La Reine  Ste 100,
                 San Diego, CA 92108-3007
15187667       +PNC Bank,    5001 Peach Street,    Erie, PA 16509-2031
15221909       +PNC Bank, N.A.,    P.O. Box 94982,    Cleveland, OH 44101-4982
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 25 2020 04:56:33
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
15187648        E-mail/Text: ebn@americollect.com Jun 25 2020 04:49:26      Americollect,    1851 S Alverno Road,
                 Manitowoc, WI 54221
15187649        E-mail/Text: ebn@americollect.com Jun 25 2020 04:49:26      Americollect,    Po Box 1566,
                 1851 South Alverno Road,    Manitowoc, WI 54221
15187659       +E-mail/Text: GenesisFS@ebn.phinsolutions.com Jun 25 2020 04:50:27       Genesis Bc/Celtic Bank,
                 Attn: Bankruptcy,    Po Box 4477,    Beaverton, OR 97076-4401
15187658       +E-mail/Text: GenesisFS@ebn.phinsolutions.com Jun 25 2020 04:50:27       Genesis Bc/Celtic Bank,
                 Po Box 4499,    Beaverton, OR 97076-4499
15207462        E-mail/PDF: MerrickBKNotifications@Resurgent.com Jun 25 2020 04:58:14       MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
15187661       +E-mail/PDF: MerrickBKNotifications@Resurgent.com Jun 25 2020 04:58:14
                 Merrick Bank/CardWorks,    Attn: Bankruptcy,    Po Box 9201,   Old Bethpage, NY 11804-9001
15187660       +E-mail/PDF: MerrickBKNotifications@Resurgent.com Jun 25 2020 04:57:15
                 Merrick Bank/CardWorks,    Po Box 9201,    Old Bethpage, NY 11804-9001
15217985       +E-mail/Text: bankruptcydpt@mcmcg.com Jun 25 2020 04:49:10      Midland Funding LLC,
                 PO Box 2011,    Warren, MI 48090-2011
15187664       +E-mail/Text: angela.abreu@northwest.com Jun 25 2020 04:48:02       Northwest Bank,
                 100 Liberty Street,    Warren, PA 16365-2497
15187666       +E-mail/PDF: cbp@onemainfinancial.com Jun 25 2020 04:57:14       OneMain Financial,
                 Attn: Bankruptcy,    Po Box 3251,    Evansville, IN 47731-3251
15187665       +E-mail/PDF: cbp@onemainfinancial.com Jun 25 2020 04:57:14       OneMain Financial,    Po Box 1010,
                 Evansville, IN 47706-1010
15187668        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 25 2020 04:58:27
                 Portfolio Recovery,    120 Corporate Blvd Ste 100,    Norfolk, VA 23502
15187669        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 25 2020 04:56:32
                 Portfolio Recovery,    Attn: Bankruptcy,    120 Corporate Blvd,    Norfold, VA 23502
15215272        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 25 2020 04:57:26
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
15218079       +E-mail/Text: JCAP_BNC_Notices@jcap.com Jun 25 2020 04:49:33       Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
15218680        E-mail/Text: bnc-quantum@quantum3group.com Jun 25 2020 04:48:33
                 Quantum3 Group LLC as agent for,    Genesis FS Card Services Inc,    PO Box 788,
                 Kirkland, WA 98083-0788
15188143       +E-mail/PDF: gecsedi@recoverycorp.com Jun 25 2020 04:58:16       Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
15220658        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 25 2020 04:56:41       Verizon,
                 by American InfoSource as agent,    PO Box 4457,    Houston, TX 77210-4457
                                                                                               TOTAL: 19

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              PNC Mortgage, A Division of PNC Bank, National Ass
15187651*      +EdFinancial Services,    120 N Seven Oaks Drive,    Knoxville, TN 37922-2359
15187653*      +EdFinancial Services,    Attn: Bankruptcy,    Po Box 36008,   Knoxville, TN 37930-6008
                                                                                TOTALS: 1, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0315-1              User: jmar                 Page 2 of 2                  Date Rcvd: Jun 24, 2020
                                  Form ID: 149               Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 26, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 24, 2020 at the address(es) listed below:
              James    Warmbrodt     on behalf of Creditor    PNC Mortgage, A Division of PNC Bank, National
               Association bkgroup@kmllawgroup.com
              Kenneth M. Steinberg     on behalf of Debtor Robert M. Osiecki julie.steidl@steidl-steinberg.com,
               kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;lesl
               ie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@stei
               dl-steinberg.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                 TOTAL: 4
```