FILED
8/12/20 8:37 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

Debtor: Robert M. Osiecki

Case Number: 20-10044-TPA          (Chapter 13)
Date / Time / Room: 08/04/2020 02:00 pm /Bankruptcy Courtroom
Hearing Officer: CHAPTER 13 TRUSTEE

**Matter:**  #18 - Final Confirmation of Plan dated 2/27/2020 (NFC)

### Appearances:

Debtor: Steinberg
Trustee: Winnecour / Katz / DeSimone
Creditor:

### Proceedings:

Recommended Outcome:

The Trustee requests dismissal without prejudice, and debtor(s)' counsel has no objection to dismissal.

1. _ Case Converted to Chapter 7
2. _ Case Converted to Chapter 11
3. ✓ Case Dismissed without Prejudice
4. _ Case Dismissed with Prejudice
5. _ Debtor is to inform Court within _____ Days their preference to Convert or Dismiss
6. _ The plan payment/term is increased/extended to _____, effective _____.
7. _ Plan/Motion continued to _____ at _____.
8. _ An Amended Plan is to be served on all creditors and certificate of service filed by _____ Objections are due on or before _____. A hearing on the Amended is set for _____ at _____.
9. ✓ Other: Debtor cannot afford payment increase occasioned by PNC claim

### For Judge Agresti cases:
Student Loan Debt: If the pro rata or timing of the proposed plan payment on student loan debt differs in any respect to that of the unsecured debt in the case, describe such differences and reasons for disparate treatment: