Form 309

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Robert M. Osiecki** | : | Case No. 20−10044−TPA |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |

### ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

    *AND NOW,* this *The 12th of August, 2020,* after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

    (1)   The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. *Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.*

    (2)   Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

    (3)   The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

    (4)   The Clerk shall give notice to all creditors of this dismissal.

Thomas P. Agresti, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 20-10044-TPA
Robert M. Osiecki                                                          Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1          User: jmar                  Page 1 of 2            Date Rcvd: Aug 12, 2020
                              Form ID: 309                Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 14, 2020.
```
db             +Robert M. Osiecki,   11201 Fry Road,    Edinboro, PA 16412-1071
15187650       +EdFinancial Services,   120 N Seven Oaks Drive,    Knoxville, TN 37922-2359
15187652       +EdFinancial Services,   Attn: Bankruptcy,    Po Box 36008,   Knoxville, TN 37930-6008
15187654       +Erie Federal Credit Union,    3503 Peach St,   Erie, PA 16508-2741
15187655       +Erie Federal Credit Union,    Attn: Bankruptcy,   3503 Peach Street,   Erie, PA 16508-2741
15187662       +Midland Funding,   320 East Big Beaver,    Troy, MI 48083-1271
15187663       +Midland Funding,   Attn: Bankruptcy,   350 Camino De La Reine  Ste 100,
                 San Diego, CA 92108-3007
15187667       +PNC Bank,   5001 Peach Street,    Erie, PA 16509-2031
15221909       +PNC Bank, N.A.,    P.O. Box 94982,   Cleveland, OH 44101-4982
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +EDI: PRA.COM Aug 13 2020 07:38:00      PRA Receivables Management, LLC,   PO Box 41021,
                 Norfolk, VA 23541-1021
15187648        E-mail/Text: ebn@americollect.com Aug 13 2020 04:08:27      Americollect,   1851 S Alverno Road,
                 Manitowoc, WI 54221
15187649        E-mail/Text: ebn@americollect.com Aug 13 2020 04:08:28      Americollect,   Po Box 1566,
                 1851 South Alverno Road,    Manitowoc, WI 54221
15187656       +EDI: AMINFOFP.COM Aug 13 2020 07:38:00      First PREMIER Bank,   3820 N Louise Ave,
                 Sioux Falls, SD 57107-0145
15187657       +EDI: AMINFOFP.COM Aug 13 2020 07:38:00      First PREMIER Bank,   Attn: Bankruptcy,
                 Po Box 5524,    Sioux Falls, SD 57117-5524
15187659       +EDI: PHINGENESIS Aug 13 2020 07:38:00      Genesis Bc/Celtic Bank,   Attn: Bankruptcy,
                 Po Box 4477,    Beaverton, OR 97076-4401
15187658       +EDI: PHINGENESIS Aug 13 2020 07:38:00      Genesis Bc/Celtic Bank,   Po Box 4499,
                 Beaverton, OR 97076-4499
15207462        E-mail/PDF: MerrickBKNotifications@Resurgent.com Aug 13 2020 04:05:30      MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,   Greenville, SC 29603-0368
15187661       +E-mail/PDF: MerrickBKNotifications@Resurgent.com Aug 13 2020 04:04:21
                 Merrick Bank/CardWorks,    Attn: Bankruptcy,   Po Box 9201,   Old Bethpage, NY 11804-9001
15187660       +E-mail/PDF: MerrickBKNotifications@Resurgent.com Aug 13 2020 04:04:56
                 Merrick Bank/CardWorks,    Po Box 9201,   Old Bethpage, NY 11804-9001
15217985       +EDI: MID8.COM Aug 13 2020 07:38:00      Midland Funding LLC,   PO Box 2011,
                 Warren, MI 48090-2011
15187664       +E-mail/Text: angela.abreu@northwest.com Aug 13 2020 04:06:55      Northwest Bank,
                 100 Liberty Street,    Warren, PA 16365-2497
15187666       +EDI: AGFINANCE.COM Aug 13 2020 07:38:00      OneMain Financial,   Attn: Bankruptcy,
                 Po Box 3251,    Evansville, IN 47731-3251
15187665       +EDI: AGFINANCE.COM Aug 13 2020 07:38:00      OneMain Financial,   Po Box 1010,
                 Evansville, IN 47706-1010
15187668        EDI: PRA.COM Aug 13 2020 07:38:00      Portfolio Recovery,   120 Corporate Blvd Ste 100,
                 Norfolk, VA 23502
15187669        EDI: PRA.COM Aug 13 2020 07:38:00      Portfolio Recovery,   Attn: Bankruptcy,
                 120 Corporate Blvd,    Norfold, VA 23502
15215272        EDI: PRA.COM Aug 13 2020 07:38:00      Portfolio Recovery Associates, LLC,   POB 12914,
                 Norfolk VA 23541
15218079       +EDI: JEFFERSONCAP.COM Aug 13 2020 07:38:00      Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,   Saint Cloud Mn 56302-7999
15218680        EDI: Q3G.COM Aug 13 2020 07:38:00      Quantum3 Group LLC as agent for,
                 Genesis FS Card Services Inc,    PO Box 788,   Kirkland, WA 98083-0788
15188143       +EDI: RMSC.COM Aug 13 2020 07:38:00      Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
15220658        EDI: AIS.COM Aug 13 2020 07:38:00      Verizon,   by American InfoSource as agent,   PO Box 4457,
                 Houston, TX  77210-4457
                                                                                              TOTAL: 21
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr              PNC Mortgage, A Division of PNC Bank, National Ass
15187651*      +EdFinancial Services,   120 N Seven Oaks Drive,    Knoxville, TN 37922-2359
15187653*      +EdFinancial Services,   Attn: Bankruptcy,    Po Box 36008,   Knoxville, TN 37930-6008
                                                                                   TOTALS: 1, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0315-1           User: jmar              Page 2 of 2             Date Rcvd: Aug 12, 2020
                               Form ID: 309            Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 14, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 12, 2020 at the address(es) listed below:
          James   Warmbrodt     on behalf of Creditor    PNC Mortgage, A Division of PNC Bank, National
           Association bkgroup@kmllawgroup.com
          Kenneth M. Steinberg     on behalf of Debtor Robert M. Osiecki julie.steidl@steidl-steinberg.com,
           kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;lesl
           ie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@stei
           dl-steinberg.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                            TOTAL: 4
```