**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

ROBERT M OSIECKI

Debtor(s)

Ronda J. Winnecour
  Movant
  vs.
No Respondents.

Case No.:20-10044 TPA

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

 1. The case was filed on 01/22/2020 and confirmed on 06/24/2020. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

 2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 4,834.34 |
| Less Refunds to Debtor | 2,492.32 | |
| TOTAL AMOUNT OF PLAN FUND | | 2,342.02 |
| Administrative Fees | | |
|  Filing Fee | 0.00 | |
|  Notice Fee | 0.00 | |
|  Attorney Fee | 353.79 | |
|  Trustee Fee | 143.37 | |
|  Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 497.16 |

| Creditor Type Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
|  NORTHWEST BANK* | 0.00 | 1,203.06 | 0.00 | 1,203.06 |
|   Acct: 7840 | | | | |
|  NORTHWEST BANK* | 11,095.13 | 0.00 | 0.00 | 0.00 |
|   Acct: 7840 | | | | |
|  ONE MAIN FINANCIAL GROUP LLC(*) | 4,375.00 | 184.32 | 174.45 | 358.77 |
|   Acct: 3190 | | | | |
|  PNC BANK NA | 47,802.16 | 283.03 | 0.00 | 283.03 |
|   Acct: 1895 | | | | |
| | | | | 1,844.86 |
| Priority | | | | |
|  KENNETH M STEINBERG ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
|  ROBERT M OSIECKI | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
|  STEIDL & STEINBERG | 3,900.00 | 353.79 | 0.00 | 0.00 |
|   Acct: | | | | |
|  ROBERT M OSIECKI | 623.08 | 623.08 | 0.00 | 0.00 |
|   Acct: | | | | |

| 20-10044 TPA | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 2 of 2 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |

Priority
| | | | | |
|---|---|---|---|---|
| ROBERT M OSIECKI | 1,246.16 | 1,246.16 | 0.00 | 0.00 |
| Acct: | | | | |
| ROBERT M OSIECKI | 623.08 | 623.08 | 0.00 | 0.00 |
| Acct: | | | | |

\* \* \* N O N E \* \* \*

Unsecured
| | | | | |
|---|---|---|---|---|
| AMERICOLLECT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6733 | | | | |
| EDFINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6149 | | | | |
| EDFINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5149 | | | | |
| ERIE FEDERAL CREDIT UNION(*) | 337.43 | 0.00 | 0.00 | 0.00 |
| Acct: 3990 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 1,004.67 | 0.00 | 0.00 | 0.00 |
| Acct: 4507 | | | | |
| QUANTUM3 GROUP LLC - AGENT FOR GEN | 306.11 | 0.00 | 0.00 | 0.00 |
| Acct: 3328 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9449 | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MERRICK BANK | 980.09 | 0.00 | 0.00 | 0.00 |
| Acct: 1813 | | | | |
| MIDLAND FUNDING | 877.24 | 0.00 | 0.00 | 0.00 |
| Acct: 9441 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LLC | 492.27 | 0.00 | 0.00 | 0.00 |
| Acct: 8229 | | | | |
| CREDITOR INFORMATION MISSING OR VA( | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ONE MAIN FINANCIAL GROUP LLC(*) | 1,756.32 | 0.00 | 0.00 | 0.00 |
| Acct: 3190 | | | | |
| VERIZON BY AMERICAN INFOSOURCE AS | 138.04 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |

\* \* \* N O N E \* \* \*

| | |
|---|---|
| TOTAL PAID TO CREDITORS | 1,844.86 |

TOTAL CLAIMED
| | |
|---|---|
| PRIORITY | 0.00 |
| SECURED | 63,272.29 |
| UNSECURED | 5,892.17 |

Date: 11/11/2020

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com